IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKIE L. RAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05-0033 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Brown |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This case is before the Court on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 7), to which Defendant has responded in opposition (Doc. No. 12). Magistrate Judge Brown has issued a Report and Recommendation (Doc. No. 14). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby DENIES Plaintiff's Motion for Judgment on the Administrative Record, and AFFIRMS the decision of the Commissioner. This Order terminates this Court's jurisdiction over the above-styled action, and the case is DISMISSED.

It is so ORDERED.

Entered this the 12th day of December, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT